UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF IRENE RIVERA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>KERN COUNTY SHERIFF'S OFFICE, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:24-cv-01141-CDB<br><br>ORDER ON STIPULATION GRANTING PLAINTIFFS LEAVE TO FILE FIRST AMENDED COMPLAINT <u>AS MODIFIED</u><br><br>(Doc. 25)<br><br>**7-DAY DEADLINE** |

　　　　Plaintiffs Estate of Irene Rivera, through successor in interest R. R.; Bertha Rivera, individually and as *guardian ad litem* for minor R. R.; and Jose Rivera initiated this action with the filing of a complaint on September 24, 2024. (Doc. 1). Plaintiffs assert claims against Defendants Kern County Sheriff's Office, Kern County, Sheriff Donny Youngblood, and Kern County Hospital Authority arising from the death of decedent Irene Rivera while in custody at Kern County Sheriff's Office, Central Receiving Facility, on September 10, 2023. *See id.*

　　　　Pending before the Court is the parties' stipulated request for an order granting Plaintiffs leave to file a first amended complaint. (Doc. 25). Plaintiffs attach to said filing a copy of the proposed first amended complaint. (Doc. 25-2). The proposed first amended complaint adds two causes of action, bringing claims under the Americans with Disabilities Act and Rehabilitation Act, and the following individuals as defendants: (1) Deputy Lexi Pressley; (2) Deputy Samuel Flores Gonzales; (3) Sergeant Matthew Harkey; (4) Deputy Mark Miller; and (5) Registered

Nurse Julius Quilala. *See* (Doc. 25-2). The parties request that Plaintiffs be provided 15 days after issuance of this order within which to file the proposed first amended complaint as a stand-alone docket entry, and Defendants be provided 45 days after service of the first amended complaint within which to file a response. (Doc. 25 at 2-3).

Having considered the parties' stipulated representations and the factors enunciated in *Western Shoshone Nat'l Council v. Molini,* 951 F.2d 200, 204 (9th Cir. 1991), cert. denied, 506 U.S. 822 (1992), the parties' request for Plaintiffs to have leave to amend the complaint will be granted.

### **Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. Within seven (7) days of issuance of this order, Plaintiffs SHALL FILE as a stand-alone docket entry the first amended complaint proposed in the parties' stipulation (Doc. 25-2); and

2. Defendants shall respond to the first amended complaint within 45 days of its service. *See* Fed. R. Civ. P. 15(a)(3).

IT IS SO ORDERED.

Dated:  **July 7, 2025**                                              _____
                                                                                      UNITED STATES MAGISTRATE JUDGE

2