UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF IRENE RIVERA, *et al.*, | Case No. 1:24-cv-01141-CDB |
| Plaintiff, | ORDER ON STIPULATED REQUEST TO AMEND SCHEDULING ORDER |
| v. | (Doc. 45) |
| KERN COUNTY SHERIFF'S OFFICE, *et al.*, | |
| Defendants. | |

Pending before the Court is the parties' joint stipulated request to amend the scheduling order. (Doc. 45).

**Background**

Plaintiffs initiated this action with the filing of a complaint on September 24, 2024. (Doc. 1). Plaintiffs filed their first amended complaint on July 8, 2025. (Doc. 27). On August 22, 2025, the County Defendants filed a motion to dismiss the first amended complaint. (Doc. 37). Defendants Kern County Hospital Authority ("KCHA") and Julius Quilala filed a separate motion to dismiss that same day. (Doc. 36). On January 30, 2026, the Court granted Defendants KCHA and Quilala's motion and granted in part the County Defendants' motion. (Docs. 43, 44).

In their stipulation, the parties provide that the "current deadlines cannot reasonably be met as the pleadings and parties may not be settled until sometime after the close of non-expert discovery." *Id.*

1

at 3.   The parties represent that they have been pursuing discovery, with Defendant County of Kern having served on Plaintiffs requests for written discovery and production, to which Plaintiffs served responses, and individual County Defendants having served on Plaintiffs requests for written discovery and production, to which Plaintiffs responses are due at the end of February 2026. *Id.* at 3.   The parties attach the declaration of counsel for Plaintiffs, Selene Estrada-Villela, describing discovery undertaken by the parties.  *See* (Doc. 45-2).

**Discussion**

The parties propose the following extended deadlines (Doc. 45 at 4):

| Event | Current Date | New Date |
| --- | --- | --- |
| Non-Expert Discovery Deadline | 02/27/2026 | 08/21/2026 |
| Expert Disclosure Deadline | 03/27/2026 | 09/21/2026 |
| Rebuttal Disclosure Deadline | 04/28/2026 | 10/21/2026 |
| Expert Discovery Deadline | 06/04/2026 | 11/20/2026 |
| Non-Dispositive Motion Filing Deadline | 06/18/2026 | 12/29/2026 |
| Non-Dispositive Motion Hearing Deadline | 07/23/2026 | 02/02/2027 |
| Dispositive Motion Filing Deadline | 08/21/2026 | 03/02/2027 |
| Dispositive Motion Hearing Deadline | 10/05/2026 | 04/13/2027 |
| Pre-Trial Conference | 02/08/2027 | 07/12/2027 |
| Trial | 04/06/2027 | 09/13/2027 |

For good cause shown, the parties' stipulated request to amend the scheduling order will be granted.

*Remainder of This Page Intentionally Left Blank*

2

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Doc. 23) is amended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| 1.  Non-Expert Discovery Deadline | 02/27/2026 | **08/21/2026** |
| 2.  Expert Disclosure Deadline | 03/27/2026 | **09/21/2026** |
| 3.  Rebuttal Disclosure Deadline | 04/28/2026 | **10/21/2026** |
| 4.  Expert Discovery Deadline | 06/04/2026 | **11/20/2026** |
| 5.  Non-Dispositive Motion Filing Deadline | 06/18/2026 | **12/29/2026** |
| 6.  Non-Dispositive Motion Hearing Deadline | 07/23/2026 | **02/02/2027** |
| 7.  Dispositive Motion Filing Deadline | 08/21/2026 | **03/02/2027** |
| 8.  Dispositive Motion Hearing Deadline | 10/05/2026 | **04/13/2027** |
| 9.  Pre-Trial Conference | 02/08/2027 | **07/12/2027** |
| 10. Trial | 04/06/2027 | **09/13/2027** |

All other provisions of the operative scheduling order (Doc. 23) not in conflict with the modifications granted herein continue to govern and remain in effect.

IT IS SO ORDERED.

Dated:   **February 5, 2026**

UNITED STATES MAGISTRATE JUDGE

3