UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF IRENE RIVERA, *et al.*,<br>Plaintiffs,<br>v.<br>KERN COUNTY SHERIFF'S OFFICE, *et al.*,<br>Defendants. | Case No. 1:24-cv-01141-CDB<br>ORDER RESETTING CASE MANAGEMENT DATES<br>(Docs. 56, 58) |

On August 10, 2026, following the vacatur of certain case management dates pending the settling of the parties' pleadings, the Court ordered the parties to file a joint report proposing a schedule for all remaining case management dates. (Doc. 57). Pending before the Court is the parties' joint report. (Doc. 58).

**Background**

On February 27, 2026, former defendants Kern County Hospital Authority ("KCHA") and Julius Quilala filed a motion to dismiss all claims against them asserted in the operative, second amended complaint. (Doc. 49). On March 13, 2026, Plaintiffs filed an opposition to the motion to dismiss, and on March 23, 2026, the former defendants filed a reply. (Docs. 52, 53).

On July 22, 2026, the parties filed a stipulated request that all remaining case management dates be vacated, to be reset following disposition of the motion. (Doc. 55). On July 24, 2026, the Court

vacated certain deadlines to be reset with extensions of all remaining case management dates following disposition of the motion. (Doc. 56). On August 10, 2026, the Court granted the motion and dismissed KCHA and Julius Quilala from the action. *See* (Doc. 57).

**Discussion**

In their joint report, the parties propose the following deadlines (Doc. 58 at 3):

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Non-Expert Discovery Deadline | Vacated | 02/05/2027 |
| Expert Disclosure Deadline | Vacated | 03/08/2027 |
| Rebuttal Disclosure Deadline | Vacated | 04/07/2027 |
| Expert Discovery Deadline | Vacated | 05/07/2027 |
| Non-Dispositive Motion Filing Deadline | 12/29/2026 | 06/07/2027 |
| Non-Dispositive Motion Hearing Deadline | 02/02/2027 | 07/12/2027 |
| Dispositive Motion Filing Deadline | 03/02/2027 | 08/16/2027 |
| Dispositive Motion Hearing Deadline | 04/13/2027 | 09/20/2027 |
| Pre-Trial Conference | 07/12/2027 | 12/20/2027 |
| Trial | 09/13/2027 | 02/14/2028 |

For good cause shown, the Court will adopt the parties' proposed case management dates, as modified (see underlined date), and reset the deadlines accordingly.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the case management dates are reset as follows:

| | **Event** | **Current Date** | **Amended Date** |
|---|---|---|---|
| 1. | Non-Expert Discovery Deadline | Vacated | **02/05/2027** |
| 2. | Expert Disclosure Deadline | Vacated | **03/08/2027** |
| 3. | Rebuttal Disclosure Deadline | Vacated | **04/07/2027** |
| 4. | Expert Discovery Deadline | Vacated | **05/07/2027** |
| 5. | Non-Dispositive Motion Filing Deadline | 12/29/2026 | **06/07/2027** |

| | | |
|---|---|---|
| 6. Non-Dispositive Motion Hearing Deadline | 02/02/2027 | **07/12/2027** |
| 7. Dispositive Motion Filing Deadline | 03/02/2027 | **08/16/2027** |
| 8. Dispositive Motion Hearing Deadline | 04/13/2027 | **09/27/2027** |
| 9. Pre-Trial Conference | 07/12/2027 | **12/20/2027** |
| 10. Trial | 09/13/2027 | **02/14/2028** |

IT IS SO ORDERED.

Dated: **August 21, 2026**

UNITED STATES MAGISTRATE JUDGE